IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED ABDELSALAM, | ) |
| | ) 2:01-cv-1575-GEB-JFM |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER |
| UNITED INSURANCE COMPANY OF AMERICA; UNITRIN INC.; and UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) ) ) ) |
| Defendants. | ) |

A status conference is scheduled for March 6, 2006, at 9:00 a.m. The parties shall file a joint status report no later than fourteen days prior to the status conference in which they propose a schedule for resolution of the remaining issues in this action.

IT IS SO ORDERED.

Dated: January 31, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge