IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED ABDELSALAM,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED INSURANCE COMPANY OF<br>AMERICA; UNITRIN INC.; and UNUM<br>LIFE INSURANCE COMPANY OF AMERICA,<br><br>                Defendants. | 2:01-cv-1575-GEB-JFM<br><br><br><br><br>ORDER |

      A status conference is scheduled for March 6, 2006, at 9:00 a.m.  The parties shall file a joint status report no later than fourteen days prior to the status conference in which they propose a schedule for resolution of the remaining issues in this action.

      IT IS SO ORDERED.

Dated:  January 31, 2006

                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge