IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED ABDELSALAM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED INSURANCE COMPANY OF ) <br> AMERICA, ) <br> ) <br> Defendant. ) <br> ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯) | 2:01-cv-1575-GEB-JFM <br><br><br> <u>ORDER</u> |

The parties' stipulation filed October 24, 2006, to reschedule the trial, based on the health condition of a defense witness, is granted.  Therefore, the trial date prescribed in the Final Pretrial Order filed August 17, 2006, is amended as follows: Trial to a jury will commence on March 27, 2007, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  October 24, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge