IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED ABDELSALAM,  )<br>                            )<br>           Plaintiff,   )<br>                            )<br>     v.                     )<br>                            )<br>UNITED INSURANCE COMPANY OF )<br>AMERICA,                    )<br>                            )<br>           Defendant.       )<br>_____) | 2:01-cv-1575-GEB-JFM<br><br><br>ORDER |

Attached is a copy of the voir dire, preliminary jury instructions, and proposed verdict form for the trial scheduled to commence at 9:00 a.m. on March 27, 2007.

Dated: March 15, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge