IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MOHAMMED ABDELSALAM, | ) | |
| | ) | 2:01-cv-1575-GEB-JFM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| UNITED INSURANCE COMPANY OF AMERICA, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Attached is a copy of the closing jury instructions for the trial scheduled to commence at 9:00 a.m. on March 27, 2007.

    Additionally, the voir dire filed March 15, 2007 is amended at page 3, ¶ 4 to read as follows:

> This case is expected to take at least four days for the presentation of evidence, after which counsel will give you closing arguments. Because I handle criminal matters on Fridays and other civil matters on Mondays, trial will be held on Tuesdays, Wednesdays, and Thursdays only. Trial will begin at 9:00 a.m. and usually end around 4:30 p.m., but we could continue later than 4:30 p.m.  After closing arguments, I will give you closing jury instructions and you will begin your deliberations. As soon as you commence jury deliberations, you will be expected to deliberate daily during those hours as necessary, including Mondays and Fridays, but not on the weekends, until you complete

1         your deliberations. Will any of you find it
          difficult or impossible to participate in this
2         trial during these times?

3

4 Dated:  March 16, 2007

5                                 _____

6                                 GARLAND E. BURRELL, JR.
                                United States District Judge